## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILUNA HOLDINGS, LLC, | : | |
|        Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOES 1-50, | : | |
|        Defendants. | : | NO. 13-1143 |

## ORDER

AND NOW, this 3rd day of April, 2013, upon consideration of Plaintiff Wiluna Holdings, LLC's ("Wiluna") Complaint (Docket No. 1) and Motion for Expedited Discovery (Docket No. 4), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED as follows:

1. Plaintiff Wiluna may, pursuant to Federal Rule of Civil Procedure 45, serve a single subpoena on Google, Inc. for the limited purpose of obtaining identifying information as to the account holder(s) of the email address saraclips4sale@gmail.com.

2. Plaintiff Wiluna shall serve a copy of the Court's Memorandum and Order with the subpoena.

3. Upon being served with the subpoena, Google shall immediately preserve all subpoenaed information. After ensuring that the information is preserved, Google shall promptly notify the account holder(s) that his/her/its identity has been subpoenaed by Wiluna.

4. Plaintiff Wiluna may only use the information disclosed in the response to the subpoena for the purpose of protecting and enforcing its rights as set forth in the Complaint. An improper use of this information may result in sanctions.

5. Nothing set forth herein abrogates the right of any person or party to move to quash or modify the subpoena in accordance with Federal Rule of Civil Procedure 45.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge